# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Laura L. Wilson,

      Plaintiff,   Case No. 17-cv-11180

v.           Judith E. Levy
           United States District Judge

Nancy A. Berryhill, Acting
Commissioner of Social Security,  Mag. Judge Elizabeth A. Stafford

      Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE STAFFORD'S REPORT AND RECOMMENDATION [16]

This is a Social Security appeal. Before the Court is Magistrate Judge Stafford's report and recommendation (Dkt. 16) recommending the Court deny plaintiff's motion for summary judgment (Dkt. 13) and grant defendant's motion for summary judgment (Dkt. 15), issued March 8, 2018. The parties were required to file specific written objections to the report and recommendation within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The court has nevertheless thoroughly reviewed the report and recommendation, and concurs in the reasoning and result. Accordingly,

The report and recommendation (Dkt. 16) is ADOPTED;

Plaintiff's motion for summary judgment (Dkt. 13) is DENIED;

Defendant's motion for summary judgment (Dkt. 15) is GRANTED/DENIED; and

The findings of the Commissioner are ADOPTED and this case is hereby DISMISSED.[1]

IT IS SO ORDERED.

Dated: April 3, 2018  s/Judith E. Levy
Ann Arbor, Michigan  JUDITH E. LEVY
  United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 3, 2018.

s/Shawna Burns
SHAWNA BURNS
Case Manager

---

[1] The parties, by failing to object to the Report and Recommendation, have waived any further right of appeal. *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).